John Mourin, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,737.

Opinion filed May 3, 1938.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Julius H. Selinger and William J. Kriz, for appellee; Julius H. Selinger, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Samuel G. Currey, appellee, v. Emmett B. Blackwell, Sr. et al., appellants. Gen. No. 39,749.

Opinion filed May 3, 1938. Rehearing denied May 17, 1938.

White, Gaines & Mosely and Macon H. Huggins, for appellants. Burke, Jackson & Burke, for appellee; Edmund W. Burke and William M. James, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

The Apple-Cole Company, appellee, v. Harry C. Maibohm, appellant. Gen. No. 39,787.

Opinion filed May 3, 1938.

England, O'Toole & Kays, for appellant. Walter F. Boye and Henry J. Hughes, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

John Shimmer and Violet Feldmann, trading as Thor Press, appellants, v. Henry Spero, trading as Type and Press of Illinois, and Bazner Press, Inc., appellees. Gen. 39,799.

Opinion filed May 3, 1938.

Gilbert, Rommel & Hutchins, for appellants; Evert O. Hutchins, of counsel. Lawrence J. West, for certain appellees. Leo Spira, for certain other appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.